## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>RONDELL C WASHINGTON<br>LISA A WASHINGTON<br>Debtor(s) | Case No. 09-41671 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/03/2009.

2) The plan was confirmed on 01/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/22/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/01/2010.

5) The case was completed on 01/07/2015.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $126,852.17.

10) Amount of unsecured claims discharged without payment: $95,182.55.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $34,753.00 |
| Less amount refunded to debtor | $741.31 |

**NET RECEIPTS:** $34,011.69

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,354.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,865.04 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,219.04

Attorney fees paid and disclosed by debtor:     $146.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABSOULUTE COLLECTION SERVICE | Unsecured | 15,051.29 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 36.51 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 36.51 | NA | NA | 0.00 | 0.00 |
| ADVOCATE BETHANY HOSPITAL | Unsecured | 1,029.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE BETHANY HOSPITAL | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE BETHANY HOSPITAL | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE BETHANY HOSPITAL | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH & HOSPITAL CO | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CTR | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| BETA FINANCE | Unsecured | 2,047.00 | 2,047.00 | 2,047.00 | 2,047.00 | 0.00 |
| BETHANY HOSPITAL | Unsecured | 36.67 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 1,486.07 | 1,486.07 | 1,486.07 | 0.00 |
| CB USA INC | Unsecured | 1,783.00 | 1,782.55 | 1,782.55 | 1,782.55 | 0.00 |
| CHECK IN TO CASH | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PODIATRIC SURGEONS | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| CITI FINANCIAL | Unsecured | 60,274.35 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 870.00 | 1,070.00 | 1,050.12 | 1,050.12 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 13,982.00 | 0.00 | 10,460.26 | 10,460.26 | 0.00 |
| CONSUMER PORTFOLIO SERV | Secured | 7,865.00 | 18,660.26 | 8,200.00 | 8,200.00 | 343.61 |
| COOK COUNTY TREASURER | Secured | 631.25 | 332.44 | 332.44 | 332.44 | 0.00 |
| DOMINICKS FINER FOODS | Unsecured | 116.11 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SCVS | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 250.00 | 0.00 | 1,000.00 | 1,000.00 | 71.86 |
| GREAT AMERICAN FINANCE | Unsecured | 2,086.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ICON SECURITY | Unsecured | 2,105.53 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 92.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| L STALLINGS & ASSOC | Unsecured | 241.60 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | 203.06 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT RETAIL SOA | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL EMERGENCY PHYSICIAN | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 917.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS AD | Unsecured | 75.00 | 75.00 | 75.00 | 75.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| N W M F F | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 173,989.00 | 185,867.60 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | NA | 146.76 | 146.76 | 146.76 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 410.00 | 410.41 | 410.41 | 410.41 | 0.00 |
| PREMIER BANK CARD | Unsecured | 289.00 | 289.36 | 289.36 | 289.36 | 0.00 |
| PREMIER BANK CARD | Unsecured | 194.00 | 309.34 | 309.34 | 309.34 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 188.70 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 61.88 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,191.00 | 660.00 | 660.00 | 660.00 | 0.00 |
| ST ANTHONY HOSPITAL | Unsecured | 680.74 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 127.87 | 127.87 | 127.87 | 0.00 |
| UNIVERSITY ANESTHESIOLOGIST | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CNT | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGIST | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE RADIOLOGY | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE RADIOLOGY | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| VYRIDIAN REVENUE MANAGEMENT | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| WEST SIDE EMERGENCY | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| WEST SIDE EMERGENCY | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| WEST SIDE EMERGENCY PHYS | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $146.76 | $146.76 | $0.00 |
| Debt Secured by Vehicle | $8,200.00 | $8,200.00 | $343.61 |
| All Other Secured | $1,332.44 | $1,332.44 | $71.86 |
| **TOTAL SECURED:** | **$9,679.20** | **$9,679.20** | **$415.47** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$18,697.98** | **$18,697.98** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,219.04 |
| Disbursements to Creditors | $28,792.65 |
| **TOTAL DISBURSEMENTS** : | **$34,011.69** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/24/2015                              By: /s/ Tom Vaughn
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**